# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re  LEON MCKITTRICK

Case No. 09-11241
Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | Phone:<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | MORTGAGE | Value:<br>Net Unsecured: | $ 336,000.00<br>$ 150,000.00<br>$ 186,000.00 |
| 2<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | Phone:<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | MORTGAGE | Value:<br>Net Unsecured: | $ 335,900.00<br>$ 150,000.00<br>$ 185,900.00 |
| 3<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | Phone:<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | MORTGAGE | Value:<br>Net Unsecured: | $ 335,900.00<br>$ 150,000.00<br>$ 185,900.00 |
| 4<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | Phone:<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | MORTGAGE | Value:<br>Net Unsecured: | $ 335,800.00<br>$ 150,000.00<br>$ 185,800.00 |
| 5<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | Phone:<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | MORTGAGE | Value:<br>Net Unsecured: | $ 335,500.00<br>$ 150,000.00<br>$ 185,500.00 |

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | Phone:<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | MORTGAGE<br><br>Value:<br>Net Unsecured: | | $ 335,300.00<br><br>$ 150,000.00<br>$ 185,300.00 |
| 7<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | Phone:<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>MAILSTOP SV-65<br>SIMI VALLEY CA   93065 | MORTGAGE<br><br>Value:<br>Net Unsecured: | | $ 334,700.00<br><br>$ 150,000.00<br>$ 184,700.00 |
| 8<br>EMC<br>PO BOX 293150<br>LEWISVILLE TX   75029-3150 | Phone:<br>EMC<br>PO BOX 293150<br>LEWISVILLE TX   75029-3150 | MORTGAGE<br><br>Value:<br>Net Unsecured: | | $ 374,400.00<br><br>$ 195,000.00<br>$ 179,400.00 |
| 9<br>INDYMAC BANK<br>7700 W. PARMER LANE<br>BLDG. D<br>AUSTIN TX   78729 | Phone:<br>INDYMAC BANK<br>7700 W. PARMER LANE<br>BLDG. D<br>AUSTIN TX   78729 | 1ST MORTGAGE<br><br>Value:<br>Net Unsecured: | | $ 319,900.00<br><br>$ 150,000.00<br>$ 169,900.00 |
| 10<br>WASHINGTON MUTUAL<br>PO BOX 44118<br>JACKSONVILLE FL   32231-4118 | Phone:<br>WASHINGTON MUTUAL<br>PO BOX 44118<br>JACKSONVILLE FL   32231-4118 | MORTGAGE<br><br>Value:<br>Net Unsecured: | | $ 317,700.00<br><br>$ 150,000.00<br>$ 167,700.00 |
| 11<br>WASHINGTON MUTUAL<br>PO BOX 44118<br>JACKSONVILLE FL   32231-4118 | Phone:<br>WASHINGTON MUTUAL<br>PO BOX 44118<br>JACKSONVILLE FL   32231-4118 | MORTGAGE<br><br>Value:<br>Net Unsecured: | | $ 317,600.00<br><br>$ 150,000.00<br>$ 167,600.00 |
| 12<br>WASHINGTON MUTUAL<br>PO BOX 44118<br>JACKSONVILLE FL   32231-4118 | Phone:<br>WASHINGTON MUTUAL<br>PO BOX 44118<br>JACKSONVILLE FL   32231-4118 | MORTGAGE<br><br>Value:<br>Net Unsecured: | | $ 317,600.00<br><br>$ 150,000.00<br>$ 167,600.00 |
| 13<br>WASHINGTON MUTUAL<br>PO BOX 44118<br>JACKSONVILLE FL   32231-4118 | Phone:<br>WASHINGTON MUTUAL<br>PO BOX 44118<br>JACKSONVILLE FL   32231-4118 | MORTGAGE<br><br>Value:<br>Net Unsecured: | | $ 317,600.00<br><br>$ 150,000.00<br>$ 167,600.00 |

_____,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14 WASHINGTON MUTUAL PO BOX 44118 JACKSONVILLE FL  32231-4118 | Phone: WASHINGTON MUTUAL PO BOX 44118 JACKSONVILLE FL  32231-4118 | MORTGAGE | Value: Net Unsecured: | $ 317,600.00 $ 150,000.00 $ 167,600.00 |
| 15 WASHINGTON MUTUAL PO BOX 44118 JACKSONVILLE FL  32231-4118 | Phone: WASHINGTON MUTUAL PO BOX 44118 JACKSONVILLE FL  32231-4118 | MORTGAGE | Value: Net Unsecured: | $ 310,100.00 $ 150,000.00 $ 160,100.00 |
| 16 INDYMAC BANK 7700 W. PARMER LANE BLDG. D AUSTIN TX  78729 | Phone: INDYMAC BANK 7700 W. PARMER LANE BLDG. D AUSTIN TX  78729 | 1ST MORTGAGE | Value: Net Unsecured: | $ 296,700.00 $ 150,000.00 $ 146,700.00 |
| 17 COUNTRYWIDE 450 AMERICAN ST. MAILSTOP SV-65 SIMI VALLEY CA  93065 | Phone: COUNTRYWIDE 450 AMERICAN ST. MAILSTOP SV-65 SIMI VALLEY CA  93065 | MORTGAGE | Value: Net Unsecured: | $ 301,200.00 $ 170,000.00 $ 131,200.00 |
| 18 WASHINGTON MUTUAL PO BOX 44118 JACKSONVILLE FL  32231-4118 | Phone: WASHINGTON MUTUAL PO BOX 44118 JACKSONVILLE FL  32231-4118 | 1ST MORTGAGE | Value: Net Unsecured: | $ 274,500.00 $ 150,000.00 $ 124,500.00 |
| 19 WASHINGTON MUTUAL PO BOX 44118 JACKSONVILLE FL  32231-4118 | Phone: WASHINGTON MUTUAL PO BOX 44118 JACKSONVILLE FL  32231-4118 | 1ST MORTGAGE | Value: Net Unsecured: | $ 274,500.00 $ 150,000.00 $ 124,500.00 |
| 20 WASHINGTON MUTUAL PO BOX 44118 JACKSONVILLE FL  32231-4118 | Phone: WASHINGTON MUTUAL PO BOX 44118 JACKSONVILLE FL  32231-4118 | 1ST MORTGAGE | Value: Net Unsecured: | $ 274,300.00 $ 150,000.00 $ 124,300.00 |

, 
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *2/11/2009*      Signature  */s/ LEON MCKITTRICK*  
                             Name:  *LEON MCKITTRICK*