```
 1  WILLIAM G. MALCOLM
    KEVIN HAHN
 2  MALCOLM ♦ CISNEROS, a Law Corporation
    2112 Business Center Drive, Second Floor
 3  Irvine, California 92612
    (949) 252-9400 (TELEPHONE)
 4  (949) 252-1032 (TELECOPIER)

 5  Attorneys for Secured Creditor,
    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
 6
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA, LAS VEGAS DIVISION

| In re: | ) | Bankruptcy No. 09-11241-mkn |
|---|---|---|
| LEON MCKITTRICK, | ) | Chapter 11 |
|  | ) | **REQUEST FOR SPECIAL NOTICE** |
| Debtor(s). | ) | (No Hearing Date Required) |

**PLEASE TAKE NOTICE** that JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, by and through its attorneys of record, MALCOLM ♦ CISNEROS, a Law Corporation, requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

>William G. Malcolm, Esq.
>MALCOLM ♦ CISNEROS, a Law Corporation
>2112 Business Center Drive, 2nd Floor
>Irvine, California 92612

DATED: February 13, 2009      MALCOLM ♦ CISNEROS

By: /s/WILLIAM G. MALCOLM
WILLIAM G. MALCOLM
Attorneys for Secured Creditor,
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On February 13, 2009, I served the following document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

>Leon McKittrick
>1904 Cindysue St. #A
>Las Vegas, NV 89106
>
>Thomas E. Crowe
>7381 W. Charleston Blvd. #110
>Las Vegas, NV 89117
>
>U.S. Trustee - LV - 11
>Chapter 13 Trustee
>300 Las Vegas Boulevard S.
>Suite 4300
>Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2009, at Irvine, California.

/S/ Sunny Chen
SUNNY CHEN