1  POLK, PROBER & RAPHAEL, A LAW CORPORATION
2  DEAN R. PROBER, ESQUIRE, #106207
   LEE S. RAPHAEL, ESQUIRE #180030
3  CASSANDRA J. RICHEY, ESQUIRE #155721
   20750 Ventura Boulevard, Suite 100
4  Woodland Hills, California 91364
   (818) 227-0100
5  C.094-4098

6                    UNITED STATES BANKRUPTCY COURT

7                      DISTRICT OF NEVADA (LAS VEGAS)

8

9  In re                                         Bk. No. 09-11241-mkn

10 LEON MCKITTRICK
                                                 Chapter 11
11     Debtor.
                                                 REQUEST FOR SPECIAL NOTICE
12 _____/

13         IT IS HEREBY REQUESTED that copies of any and all notices and orders sent

to any person or entity in connection with this case, including, without limitation, service of any

proposed disclosure statement and notice of any hearing to consider the adequacy of the

disclosure statement in accordance with 11 U.S.C. §1125 and also including those notices sent

pursuant to Subdivision (a) of Bankruptcy Rule 2002, or succeeding rules, be also sent to the

agents for SOMA Financial, its assignees and/or successors in interest, claimant herein,

addressed as follows:

                          POLK, PROBER & RAPHAEL, A LAW CORPORATION
                          20750 Ventura Boulevard, Suite 100
                          Woodland Hills, California 91364


Dated: February 27, 2009    POLK, PROBER & RAPHAEL, A LAW CORPORATION
                            By /s/Dean R. Prober
                            DEAN R. PROBER, ESQ., #106207

1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Danielle Seth-Hunter, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On March 3, 2009, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Leon McKittrick
1904 Cindysue Street, #A
Las Vegas, NV 89106

Thomas E. Crowe, Esq.
7381 Charleston Blvd., #110
Las Vegas, NV 89117

Office of the U.S. Trustee
300 Las Vegas Boulevard S
Suite 4300
Las Vegas, NV 89101

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2009, at Woodland Hills, California.

<u>/s/ Danielle Seth-Hunter</u>
Danielle Seth-Hunter

2